NUMBER
13-10-00481-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


___________________________________________________________

 

ROBERT WEISS,                                                                     APPELLANT,

 

                                                             v.

 

BISH ENTERPRISES, LLC,                                                       APPELLEE.
        

____________________________________________________________

 

                           On
Appeal from the 92nd District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                          Before
Justices Yañez, Garza, and Benavides

Memorandum Opinion
Per Curiam

 








Appellant,
Robert Weiss, attempted to perfect an appeal from a judgment entered by the 92nd
District Court of Hidalgo County, Texas, in cause number C-789-10-A.  Judgment
in this cause was signed on May 5, 2010.  A motion for new trial was filed on June
4, 2010.  Pursuant to Texas Rule of Appellate Procedure 26.1, appellant=s notice of appeal was due on August 3, 2010, but was not
filed until August 27, 2010.   

On
August 30, 2010, the Clerk of this Court notified appellant of this defect so
that steps could be taken to correct the defect, if it could be done. Appellant
was advised that, if the defect was not corrected within ten days from the date
of receipt of this Court=s letter, the appeal would be
dismissed. To date, no response has been received from appellant providing a
reasonable explanation for the late filing of the notice of appeal.

          The
Court, having examined and fully considered the documents on file, appellant=s failure to timely perfect his appeal, and appellant=s failure to respond to this Court=s notice, is of the opinion that the appeal should be
dismissed for want of jurisdiction.  Accordingly, the appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.  See Tex. R. App. P. 42.3(a)(c).

 








PER
CURIAM

Delivered and filed the

14th day of October, 2010.